# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AKEEM MAKEEN,

    Plaintiff(s),

v.

SUMMITT RIDGE APARTMENTS, LLC, et al.,

    Defendant(s).

Case No. 2:24-cv-00913-GMN-NJK

**ORDER TO SHOW CAUSE**

Plaintiff is proceeding *pro se* and has filed an application to proceed *in forma pauperis*. Docket No. 1. The case originates out of a lease dispute regarding an apartment in Colorado, but the complaint also alleges violations of, *inter alia*, the Fair Credit Reporting Act and the Fair Debt Collection Practices Act.[1]

The federal venue statute requires that a civil action be brought in (1) a judicial district in which any defendant resides, if all defendants reside in the same state where the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant is subject to personal jurisdiction at the time the action is commenced, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

It is not clear that venue is proper in Nevada under any of these provisions. While Plaintiff appears to now live in Nevada, the only geographical references in the complaint appear to relate

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

to Colorado.  It is not clear what alleged events or omissions (if any) took place in Nevada.[2] Moreover, the complaint does not allege that Defendants all reside in this state.

Accordingly, Plaintiff is hereby **ORDERED** to show cause in writing, no later than June 7, 2024, why this case should not be dismissed or transferred to the District of Colorado.  *See* 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

Dated: May 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[2] The complaint does cite to both the Colorado Fair Debt Collection Practices Act and the Nevada Fair Debt Collection Practices Act, *see* Docket No. 1-1 at 3, though it is not clear what alleged events took place in Nevada.