# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br>　　　Plaintiff(s),<br>v.<br>SUMMITT RIDGE APARTMENTS, LLC, et al.,<br>　　　Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br>**ORDER** |

Pending before the Court is an order for Plaintiff to show cause why this case should not be dismissed or transferred based on improper venue. Docket No. 4. Plaintiff filed a response representing that he was located in Nevada when at least some of the events alleged took place. Docket No. 5. Given the representations made in the response, the Court declines at this time to *sua sponte* dismiss or transfer based on the venue concerns previously identified. Accordingly, the Court **DISCHARGES** the order to show cause as to dismissal or transfer.[1]

IT IS SO ORDERED.

Dated: June 12, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The Court may revisit this issue in the future if the circumstances so warrant. Nothing herein prevents Defendants from seeking transfer or otherwise raising venue issues once they appear in the case.