UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>SUMMIT RIDGE APARTMENTS, LLC, et al.,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br><br>**REPORT AND RECOMMENDATION**<br><br>[Docket No. 1] |

　　　　Plaintiff has requested authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Docket No. 1.

　　　　The Court may authorize the commencement of an action without prepayment of fees and costs, or security therefor, by a person who has shown an inability to pay such costs. 28 U.S.C. § 1915(a)(1). A determination of whether the plaintiff has shown an inability to pay is a matter left to the discretion of the Court. *See, e.g.*, *Flores v. Colvin*, 2014 U.S. Dist. Lexis 93236, at *2 (D. Nev. May 22, 2014), *adopted*, 2014 U.S. Dist. Lexis 93234 (D. Nev. July 9, 2014). In exercising that discretion, the Court evaluates the income and assets to which the plaintiff has access, as well as monthly expenses. *See, e.g., id.* at *3-4. While an applicant need not be absolutely destitute to qualify for a waiver of costs and fees, the applicant must demonstrate an inability to pay those costs while still providing for the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).

　　　　The application in this case identifies take-home monthly income of $1,826, Docket No. 1 at 1, which exceeds the federal poverty guidelines, *cf. Flores*, 2014 U.S. Dist. LEXIS 93236, at *5 (comparing income to poverty guidelines). That monthly income is also well above the amounts that have led to denial of *in forma pauperis* status. *See, e.g.*, *Brunson v. Soc. Sec.*, 2019 WL

6709544, at *1 (D. Nev. Oct. 31, 2019) (denying *in forma pauperis* status based on monthly income of $1,397), *adopted*, 2019 WL 6700193 (D. Nev. Dec. 9, 2019). Moreover, the application identifies monthly expenses less than Plaintiff's income. Docket No. 1 at 2 (identifying expenses totaling $1,777). Lastly, Plaintiff has $400 on hand. *See id.* In light of these circumstances, the Court cannot find that Plaintiff is unable to pay the filing fee while still providing for the necessities of life.

Accordingly, the undersigned **RECOMMENDS** that the application to proceed *in forma pauperis* be **DENIED** and that Plaintiff be required to pay the filing fee.

Dated: June 12, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

### **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).