**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AKEEM MAKEEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>SUMMIT RIDGE APARTMENTS, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br><br>**ORDER** |

    In light of the denial of Plaintiff's application to proceed *in forma pauperis*, *see* Docket No. 11, Plaintiff is **ORDERED** to pay the filing fee of $405 by July 25, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

    IT IS SO ORDERED.

    Dated: July 11, 2024

                                                                         _____
                                                                           Nancy J. Koppe
                                                                           United States Magistrate Judge