UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>       Plaintiff(s),<br><br>v.<br><br>SUMMIT RIDGE APARTMENTS, LLC, et al.,<br><br>       Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 13] |

Pending before the Court is a motion to extend the deadline to pay the filing fee. Docket No. 13. Plaintiff contends that he has periods of fog in light of recent medical issues, and he needs an extension of time to "make sure that he's paying the right bill" with respect to the filing fee. *Id.* at 1. The Court is certainly sympathetic to litigants having medical issues, but the motion is a bit puzzling given that Plaintiff had sufficient faculties to write and file this motion. Given the circumstances, the motion to extend is **GRANTED** in part and **DENIED** in part. The deadline for Plaintiff to pay the filing fee is extended to August 1, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL.**

IT IS SO ORDERED.

Dated: July 25, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1