# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN, | Case No. 2:24-cv-00913-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 15] |
| SUMMIT RIDGE APARTMENTS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is a second motion to extend the deadline to pay the filing fee. Docket No. 15.[1] Plaintiff seeks a further extension on the ground that he will not have the funds necessary to pay the filing fee until between August 8 and August 14, 2024. *Id.* at 1. The Court will allow one final extension. The second motion to extend the deadline to pay the filing fee is **GRANTED** and the deadline to pay the filing fee is extended to August 15, 2024. No further extensions will be granted, however, and the failure to pay the filing fee by this deadline may result in dismissal.

IT IS SO ORDERED.

Dated: August 1, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion is fashioned as seeking reconsideration, but the Court treats the motion as seeking a further extension.

1