# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM A. MAKEEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>SUMMIT RIDGE APARTMENT, LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br><br>**ORDER** |

Pending before the Court is an order for Plaintiff to show cause why he should not be sanctioned under Rule 11 of the Federal Rules of Civil Procedure for stating that he has never been sanctioned, *see* Docket No. 6 at 1-2, when a cursory review of case law shows that to be false, *see* Docket No. 9.  Plaintiff has filed a response, acknowledging the sanctions orders while asserting that he had been referring in this case only to not being sanctioned in relation to PACER usage. *See* Docket No. 10 at 1-2, 3.[1]  Plaintiff's response strains credulity and is not persuasive.  Plaintiff clearly misrepresented a factual representation in his filing, in violation of the candor owed to the Court as codified by Rule 11.

At this juncture, the Court declines to impose monetary sanctions on Plaintiff, although it would be well within its authority to do so.  To be absolutely clear, however, the Court will not tolerate any future violations of Rule 11 or any other governing rule or judicial order.  As such, Plaintiff is **WARNED** that he must strictly comply with all governing rules and orders moving

---

[1] Plaintiff also provides the circumstances of the identified sanctions and, essentially, contends that they were not justly imposed. *See* Docket No. 10 at 2-3.  The issue before the Court is why Plaintiff represented that he had not been sanctioned previously when he was in fact sanctioned.  Whether Plaintiff believes the sanctions were warranted is not pertinent to whether Plaintiff falsely represented the facts to the Court.

forward.  <u>Failure to do so may result in the imposition of significant sanctions, up to and including case-dispositive sanctions.</u>   Further leniency should not be anticipated.

  IT IS SO ORDERED.

  Dated: August 14, 2024

                   _____
                   Nancy J. Koppe
                   United States Magistrate Judge