# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>      Plaintiff(s),<br><br>v.<br><br>SUMMIT RIDGE APARTMENTS, LLC, et al.,<br><br>      Defendant(s). | Case No. 2:24-cv-00913-GMN-NJK<br><br>**ORDER** |

The docket reflects that Plaintiff has paid the filing fee. Docket No. 17. As such, the Court will not screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e). The Clerk's Office is INSTRUCTED to file Plaintiff's complaint (Docket No. 1-1) on the docket and to issue summonses. Plaintiff must effectuate service within 90 days. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated: August 14, 2024

                                                                                                             Nancy J. Koppe
                                                                                                             United States Magistrate Judge