# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>    Plaintiff,<br><br>v.<br><br>SUMMIT RIDGE APARTMENTS, LLC, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-00913-GMN-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by January 13, 2025.

    IT IS SO ORDERED.

    Dated: January 6, 2025

                                                         Nancy J. Koppe<br>
                                                         United States Magistrate Judge