CLARK HILL PLC
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

*Counsel for Defendant*
*Equifax Information Services LLC, incorrectly*
*identified as Equifax Consumer Services LLC*

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 0 5 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMI DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>Plaintiff,<br><br>v.<br><br>SUMMITT RIDGE APARTMENTS, LLC, COLUMBIA RECOVERY SYSTEMS, LLC, and EQUIFAX CONSUMER SERVICES LLC,<br><br>Defendants. | Case No.: 2:24-cv-00913-GMN-NJK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES LLC ONLY** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Akeem Makeen, and Defendant Equifax Information Services LLC, erroneously named as Equifax Consumer Services LLC, ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax.

CLARK HILL PLC
Las Vegas, Nevada

Each party will bear their own costs and attorney's fees.

Dated: March 4, 2025

Respectfully submitted,

PRO SE PLAINTIFF

By: _____
Akeem Makeen

*Pro Se Plaintiff*

CLARK HILL PLC

By: */s/ Gia N. Marina*
Gia N. Marina, Nevada Bar No. 15276
gmarina@clarkhill.com
CLARK HILL PLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

*Counsel for Defendant
Equifax Information Services LLC, incorrectly
identified as Equifax Consumer Services LLC*

IT IS SO ORDERED.

Dated this __7__ day of March, 2025.

_____
Gloria M. Navarro
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I presented the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Akeem A. Makeen
2121 Royal Caribbean Ave.
North Las Vegas, NV 89031
Telephone: (720) 329-8081
Email: makeen@comcast.net

/s/ Gia N. Marina
Gia N. Marina
*Counsel for Defendant*
*Equifax Information Services LLC, incorrectly identified as Equifax Consumer Services LLC*