# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br>    Plaintiff,<br>v.<br>SUMMITT RIDGE APARTMENTS, LLC, *et al.*,<br>    Defendants. | Case No. 2:24-cv-00913-GMN-NJK<br>**Order**<br>[Docket Nos. 39, 45, 48] |

Pending before the Court is Plaintiff's motion for leave to amend complaint. Docket No. 39. Defendant Summit Ridge Apartments, LLC filed a response. Docket No. 31. While the motion cites to Fed. R. Civ. P. 15, it fails to demonstrate how its requested relief is proper under the rule and further fails to cite to any points and authorities in support of the requested relief. Docket No. 39 at 2-3. Instead, Plaintiff merely submits that "each new claim is supported by the evidence [and can] withstand a motion to dismiss." Docket No. 39. "The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." Local Rule 7-2(d). Plaintiff's previous motion to amend was denied for an identical reason, *see* Docket No. 38, and Plaintiff, once again, fails to make the appropriate showing.

Accordingly, the Court **DENIES** the motion for leave to amend complaint. Docket No. 39. Further, while the instant motion was pending, Plaintiff filed a second motion for leave to amend complaint, which suffers from the same deficiency. Docket No. 45. Accordingly, the Court **DENIES** Plaintiff's second motion for leave to amend complaint. Docket No. 45. Further, Plaintiff filed a "motion to strike and/or to response to Summit Ridge Apartments motion in opposition to motion for leave to amend complaint to additional cause of action." Docket No. 48. The Court properly construes this as a motion for leave to amend complaint as Plaintiff references Fed. R. Civ. P. 15 and requests the Court grant Plaintiff's motion for leave to amend complaint.

*Id*. at 3-4.  This motion also suffers from the same deficiency as stated above.  Accordingly, the Court **DENIES** Plaintiff's motion.  Docket No. 48.

IT IS SO ORDERED.

Dated: April 7, 2025

                                                Nancy J. Koppe
                                                United States Magistrate Judge