```
 1  ELIZABETH M. DEANE, ESQ.
    Nevada State Bar No. 13600
 2  HENOK Y. GEBRAI, ESQ.
    Nevada State Bar No. 16866
 3  BREMER WHYTE BROWN & O'MEARA LLP
    1160 N. TOWN CENTER DRIVE
 4  SUITE 250
    LAS VEGAS, NV 89144
 5  TELEPHONE:(702) 258-6665
    FACSIMILE:  (702) 258-6662
 6
    Attorneys for Defendant,
 7  SUMMITT RIDGE APARTMENTS LLC
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AKEEM MAKEEN,<br><br>            Plaintiff,<br><br>    vs.<br><br>SUMMITT RIDGE APARTMENTS, LLC COLUMBIA RECOVERY SYSTEMS, LLC AND EQUIFAX CONSUMER SERVICES LLC,<br><br>            Defendants. | Case No. 2:24-cv-00913-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF AKEEM MAKEEN'S CLAIMS ASSERTED AGAINST DEFENDANT SUMMITT RIDGE APARTMENTS LLC *WITH PREJUDICE***<br><br>[ECF NO. 59] |

COMES NOW Plaintiff AKEEM MAKEEN (hereinafter "Plaintiff"), appearing *pro se*, and Defendant SUMMITT RIDGE APARTMENTS LLC ("Defendant"), by and through their attorneys of record, Elizabeth M. Deane, Esq., and Henok Y. Gebrai, Esq., of Bremer, Whyte, Brown & O'Meara, LLP, (collectively, the "Parties") and all hereby stipulate as follows:

IT IS HEREBY STIPULATED that all of Plaintiff's claims for relief asserted against Defendant SUMMITT RIDGE APARTMENTS LLC in the operative Complaint on file in the United States District Court, District of Nevada Case No. 2:24-cv-00913-GMN-NJK be dismissed ***with prejudice***, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1287.624 4906-3925-2282.1

1  IT IS FURTHER STIPULATED that each party is to bear their own fees and costs; and

3  IT IS FURTHER STIPULATED that there is no date for Trial currently set in this case.

**IT IS SO STIPULATED.**

DATED this 14th day of May 2025                DATED this 14th day of May 2025

**PRO SE PLAINTIFF**                           **BREMER WHYTE BROWN & O'MEARA**

*/s/ Akeem Makeen*                             */s/ Henok Gebrai*
**AKEEM MAKEEN**                               **ELIZABETH M. DEANE, ESQ.**
*Pro Se Plaintiff*                             Nevada State Bar No. 13600
                                               **HENOK Y. GEBRAI, ESQ**.
                                               Nevada Bar No. 16866
                                               *Attorneys for Defendant,*
                                               *Summitt Ridge Apartments LLC*

**IT IS SO ORDERED:**

Dated: May 14, 2025                            _____
                                               United States District Judge

Respectfully Submitted:

BREMER WHYTE BROWN & O'MEARA, LLP


By: */s/ Henok Gebrai*
ELIZABETH M. DEANE, ESQ.
Nevada State Bar No. 13600
HENOK Y. GEBRAI, ESQ.
Nevada State Bar No. 16866
*Attorneys for Defendant,*
*Summitt Ridge Apartments LLC*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1287.624 4906-3925-2282.1